Steven L. Crawford #166488
LAW OFFICE OF STEVEN L. CRAWFORD
148 North 13th, Suite 250
Grover Beach, CA 93433
Telephone: (805)458-6312
Fax: (805)489-2001

Attorney for Defendant, ORONDE JONES

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:11CR00335 AWI |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| | ) | AUTHORIZING WAIVER OF |
| | ) | APPEARANCE |
| ORONDE JONES, | ) | |
| | ) | Date: 12/19//11 |
| Defendant. | ) | Time: 9:00 a.m. |
| _____ | ) | Dept: AWI |

    Good cause appearing, it is hereby ordered that Defendant Oronde Jones is hereby excused from appearing at the court hearing scheduled for December 19, 2011 at 9:00 a.m.

IT IS SO ORDERED.

Dated: __December 10, 2011__       _____
                                                                        CHIEF UNITED STATES DISTRICT JUDGE