# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Case No. 1:11CR00335 AWI |
|                                    ) | |
|            Petitioner,             ) | |
|                                    ) | |
|                                    ) | ORDER |
|                                    ) | AUTHORIZING WAIVER OF |
|                                    ) | APPEARANCE |
| ORONDE JONES,                      ) | |
|                                    ) | Date: 01/03/2012 |
|            Defendant.              ) | Time: 9:00 a.m. |
| _____     ) | Dept: AWI |

Good cause appearing, it is hereby ordered that Defendant Oronde Jones is hereby excused from appearing at the court hearing scheduled for January 3, 2012 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   December 27, 2011                 _____
                                           CHIEF UNITED STATES DISTRICT JUDGE